Joseph M. Sanderson
212 378 7615
josanderson@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



August 19, 2025

**<u>VIA ECF</u>**

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

      Re:    *P180, Inc. v. Singh, et al.*, No. 25 Civ. 4432 (VM)
              **Defendants Singh and Goldenberg's Letter Seeking Pre-Motion Conference**

Dear Judge Marrero:

      Our firm is counsel to Plaintiff P180, Inc. in the above-captioned action. Earlier today, Defendants Singh and Goldenberg filed a letter requesting a pre-motion conference regarding an anticipated motion to stay this case. They did so without so much as notifying Plaintiff of their intent to bring a motion, in violation of your Honor's Individual Rule II.A.1, which permits pre-motion letters only if "after good faith communication" the parties "are unable to resolve" a "substantive, procedural or evidentiary dispute." That pre-filing meet-and-confer requirement is critical, given that this Court's rules allow only two business days to respond to a pre-motion letter, presumably based on the assumption that parties have already thoroughly met-and-conferred.[1]

      Plaintiff intends to oppose a stay (although we do not oppose the Court holding a pre-motion conference). Given Defendants' failure to meet and confer, as well as P180's lead counsel having a pre-trial conference on Friday at which more than 30 motions in limine will be argued, we respectfully request until **August 25, 2025**, to respond to Defendants' pre-motion letter.

---

    [1] Indeed, Defendant Hunsicker's counsel reached out to us after receiving Defendants Singh and Goldenberg's letter to schedule a meet-and-confer for this very reason.

Steptoe

Hon. Victor Marrero, U.S.D.J.
July 2, 2025
Page 2

Respectfully submitted,

/s/ Joseph M. Sanderson

Joseph M. Sanderson