

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jason M. Myers, Esq.
Jason.myers@kaufmandolowich.com

October 17, 2025

Via ECF
Judge Victor Marrero
United States Courthouse
500 Pearl Street, Courtroom 15 B
New York, NY 10007

  Re: *P180, Inc. v. Jaswinder Pal Singh, et al.*
    Civil Action No. 25-cv-4432
    Letter of Judicial Notice

Dear Judge Marrero:

  Our office represents Defendant Christine Hunsicker in the above-referenced matter.

  The parties previously submitted a joint letter on October 10, 2025 to the Court concerning the motions to stay this action. [ECF No. 35]. At the time the letter was submitted, our office was unaware that this Court in the action entitled *Securities and Exchange Commission v. Christine Hunsicker* issued an Order on October 6, 2025. See *Ex. A*.

  Defendant Hunsicker provides a copy of this Court's Order for purposes of judicial notice of our pending application relating to the stay. *See*, *Glob. Network Communications, Inc. v City of New York*, 458 F.3d 150, 157 (2d Cir. 2006) (quoting *Int'l Star Class Yacht Racing Ass'n v. Tommy Hilfiger U.S.A., Inc.*, 146 F.3d 66, 70 (2d Cir.1998).

          Respectfully Submitted,

          KAUFMAN DOLOWICH LLP

          _____
          Jason M. Myers, Esq.