**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **P180, Inc.,** |
| **Plaintiff,** |
| **-against-** |
| **Jaswinder Pal Singh, et al.,** |
| **Defendants.** |

1:25-cv-04432 (VM) (SDA)

ORDER FOLLOWING
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, in resolution of Defendants' motion to stay that was referred to the undersigned by Judge Marrero (*see* ECF No. 37), it is hereby ORDERED that such motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The depositions to be taken by Plaintiff are stayed until further Order of this Court, following any action in the Delaware Bankruptcy Court on the Trustee's pending motion for a preliminary injunction (*see* ECF No. 44-9);[1] provided, however, that in the event that a deposition is necessary to preserve testimony due to the unavailability or potential unavailability of a witness, Plaintiff may make an application to take such deposition notwithstanding the provisions of this Order.

2. The motion to stay otherwise is denied. Defendants Singh and Goldenberg shall respond to the Complaint within 14 days.

**SO ORDERED.**

---

[1] No later than three days after the Trustee's motion is consensually resolved or resolved by the Bankruptcy Court, Plaintiff shall file a letter to the ECF docket regarding such resolution.

Dated:    New York, New York
          December 15, 2025

_____
STEWART D. AARON
United States Magistrate Judge