USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______________
DATE FILED: 12/15/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

P180, INC.,

Plaintiff,

- against -

SINGH ET AL.,

Defendants.

**25 CV 4432 (VM)**

**AMENDED ORDER**

**VICTOR MARRERO, United States District Judge.**

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute: *
________________________________

___ Settlement*

___ Inquest After Default/Damages Hearing

* Do not check if already referred for general pretrial.

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:________________________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:________________________

___ All such motion

**SO ORDERED.**

Dated: December 15, 2025
New York, New York

Victor Marrero
U.S.D.J.