**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

P180, Inc.,

                                        Plaintiff,

            -against-

Jaswinder Pal Singh, et al.,

                                        Defendants.

1:25-cv-04432 (VM) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Am. Referral Order, ECF No. 63.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-stewart-d-aaron. It is hereby ORDERED that the parties shall file a joint status letter apprising the Court on the status of discovery on January 23, 2026.

**SO ORDERED.**

Dated:        New York, New York
              December 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge