Joseph M. Sanderson
212 378 7615
josanderson@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

Application GRANTED.

SO ORDERED.
Dated: March 3, 2026

*Att cl a*

March 2, 2026

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 11C
New York, NY 10007

> Re:    *P180, Inc. v. Singh*, Case No. 1:25-cv-04432
> **Second Request for Extension of Time to File Amended Complaint**

Dear Judge Aaron:

We write on behalf of Plaintiff P180, Inc. to respectfully request a continuance of the March 3, 2026, deadline to file an amended complaint, until March 24, 2026. This is the second extension of this deadline and the appearing defendants consent to this request.

We make this request because the two attorneys responsible for interviewing witnesses, reviewing documents, and drafting the amended complaint have, respectively, been ill for several weeks and had a death in the family. While we have endeavored to make up time lost as a result of these developments, we have not been successful in doing so and thus respectfully request an extension of time in light of these developments.

The parties have also agreed to a corresponding extension of time for the appearing defendants to provide discovery responses until March 24, 2026. These extensions do not impact any existing court-ordered discovery deadlines.

Accordingly, we respectfully request that this Court extend the deadline for Plaintiff to file an Amended Complaint to March 24, 2026.

Respectfully submitted,

/s/ Joseph M. Sanderson

Joseph M. Sanderson