USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

P180, INC.,

                    Plaintiff,

        - against -

SINGH, et al.,

                    Defendants.

---

**25 CV 4432 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the May 13, 2026, letter that defendants Jaswinder Pal Singh and George Goldenberg ("Defendants") submitted regarding Defendants' anticipated motion to dismiss (see Dkt. No. 106) and plaintiff P180, Inc.'s response (see Dkt. No. 107).

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to submit a proposed supplemental or full briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:    14 May 2026
          New York, New York

                                    Victor Marrero
                                    U.S.D.J.

1