**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

P180, INC.                                              :
                                                        :
                              Plaintiff,                :
                                                        :
        -against-                                       :    Case No. 25-cv-4432-VM-SDA
                                                        :
                                                        :
JASWINDER PAL SINGH, CHRISTINE HUNSICKER,               :
GEORGE GOLDENBERG, SCOTT CALLON, CHIRAG                 :
JAIN, DAYNA CORLITO, AND DOES 1–50                      :
                                                        :
                              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff P180, Inc. and Defendants Jaswinder Pal Singh and George Goldenberg, as follows:

**IT IS FURTHER STIPULATED AND AGREED** that Defendants Jaswinder Pal Singh and George Goldenberg shall file their motion to dismiss and any supporting papers on or before June 12, 2026;

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff P180, Inc. shall file any papers in opposition to the motion to dismiss and/or any cross-motion papers on or before July 3, 2026;

**IT IS FURTHER STIPULATED AND AGREED** that Defendants Jaswinder Pal Singh and George Goldenberg shall file any reply papers in further support of the motion to dismiss and/or in opposition to any cross-motion on or before July 17, 2026;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and electronic signatures on this Stipulation shall be deemed original signatures.

Dated: May 21, 2026

STEPTOE LLP

/s/ *Conor Tucker*

By:

Joseph Myer Sanderson
1114 Avenue of the
Americas
New York, New York 10036
Tel.: 212-378-7615
Fax: 212-506-3950
josanderson@steptoe.com

Thomas Watson (pro hac
vice)
Conor Tucker (pro hac vice)
Kaitlyn Sever (pro hac vice)
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
213-429-9400
twatson@steptoe.com
ctucker@steptoe.com
ksever@steptoe.com

*Attorneys for Plaintiffs*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ *Kieran R. Lang*

By: Richard W. Boone Jr.
Kieran R. Lang
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Richard.boone@wilsonelser.com
kieran.lang@wilsonelser.com

*Attorneys for Defendants Jaswinder Pal
Singh and George Goldenberg*

SO ORDERED.

Dated: May 26, 2026