UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P180, INC.

          Plaintiff,

    v.

JASWINDER PAL SINGH, CHRISTINE
HUNSICKER, GEORGE GOLDBERG, SCOTT
CALLON, CHIRAG JAIN, DAYNA CORLITO,
AND DOES 1-10

          Defendants.

Civ. No. 25-cv-4432

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Thomas E. Butler Esq. of the law firm White and Williams

LLP, hereby enters an appearance in this action as counsel for Defendant Dayna Corlito.  Mr.

Butler is duly admitted and in good standing to practice before this Court.  Service of all pleadings,

papers and documents required to be served in this action should be served upon the undersigned

at the office address given below.

Dated: New York, New York
       June 3, 2026

Respectfully submitted,

WHITE AND WILLIAMS LLP

Thomas E. Butler, Esq.
810 Seventh Avenue, Suite 500
New York, New York 10019
(212) 714-3070
butlert@whiteandwilliams.com

*Attorneys for Defendant Dayna Corlito*

51838202v.1