**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| P180, INC. <br><br>                 Plaintiff, <br><br> -against- <br><br><br> JASWINDER PAL SINGH, CHRISTINE HUNSICKER, GEORGE GOLDENBERG, SCOTT CALLON, CHIRAG JAIN, DAYNA CORLITO, AND DOES 1-50 <br><br><br><br>                 Defendants. | Case No.: 25-cv-4432 |

### NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law Defendants JASWINDER PAL SINGH and GEORGE GOLDENBERG by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, will move this Court located at 500 Pearl Street, New York, NY 10007, for an Order, dismissing Amended Complaint (Dkt. No. 89) in its entirety and with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons discussed in Defendants' Memorandum of Law, the Court should dismiss this matter in its entirety as Plaintiffs lack standing and/or Plaintiff have failed to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the Defendants respectfully request oral argument with respect to this motion.

337627047v.1

Dated: June 12, 2026
      New York, New York

/s/ *Richard W. Boone Jr.*
Richard W. Boone Jr.
Siobhán A. Mueller
Kieran R. Lang
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail: richard.boone@wilsonelser.com;
E-mail: siobhan.mueler@wilsonelser.com;
E-mail: kieran.lang@wilsonelser.com

*Attorney for Defendants
Jaswinder Pal Singh and George
Goldenberg*

337627047v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  By registering with the Court's CM/ECF system, each has consented to electronic service via this method.

DATED: This 12th day of June 2026

/s/ *Richard W. Boone Jr.*
Richard W. Boone Jr.
Siobhán A. Mueller
Kieran R. Lang
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
E-mail: richard.boone@wilsonelser.com;
E-mail: siobhan.mueler@wilsonelser.com;
E-mail: kieran.lang@wilsonelser.com
*Attorney for Defendants*
*Jaswinder Pal Singh and George*
*Goldenberg*

337627047v.1