**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

P180, INC.,

                Plaintiff,

           -against-

JASWINDER PAL SINGH, CHRISTINE
HUNSICKER, GEORGIY GOLDENBERG
(a/k/a GEORGE GOLDENBERG), SCOTT
CALLON, CHIRAG JAIN, DAYNA
CORLITO, and DOES 1–50,

                Defendants.

Case No. 25-cv-04432-VM-SDA

**DEFENDANT CHRISTINE HUNSICKER'S ANSWER AND AFFIRMATIVE**
**DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Christine Hunsicker ("Hunsicker"), by and through her attorney, submits her

Answer and Affirmative Defenses in response to Plaintiff P180, Inc.'s ("Plaintiff") Amended

Complaint [DE 85], filed on April 8, 2026.

*Preliminary Statement*

Except as expressly stated below, Hunsicker denies all allegations in the Amended

Complaint not specifically admitted. Hunsicker is without sufficient knowledge or information to

form a belief concerning the truth of the allegations in the Amended Complaint that are directed

towards any other party or non-party, and on that basis denies them.

VP/#99438073.2

## INTRODUCTION[1]

1.      Paragraph 1 contains legal conclusions and improper characterizations to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 1, and on that basis denies them. To the extent that the allegations in Paragraph 1 assert any wrongdoing against Hunsicker, such allegations are denied.

2.      Hunsicker admits that Defendant Singh co-founded CaaStle and CaaStle's Board of Directors included Defendant Callon and John Hennessy. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 2, and on that basis denies them. To the extent that the allegations in Paragraph 2 assert any wrongdoing against Hunsicker, such allegations are denied.

3.      Paragraph 3 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 3, and on that basis denies them. To the extent that the allegations in Paragraph 3 assert any wrongdoing against Hunsicker, such allegations are denied.

4.      Hunsicker admits that CaaStle received a minority stake and a board seat in P180. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 4, and on that basis denies them. To the extent that the allegations in Paragraph 4 assert any wrongdoing against Hunsicker, such allegations are denied.

---

[1] The Amended Complaint includes sub-headings, which are not allegations contained in numbered paragraphs, and to which no response is required. To the extent that an answer is deemed necessary by the Court, Hunsicker denies the sub-heading allegations.

VP/#99438073.2

5. Hunsicker admits that she and John Hennessy resigned from CaaStle's Board of Directors. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 5, and on that basis denies them. To the extent that the allegations in Paragraph 5 assert any wrongdoing against Hunsicker, such allegations are denied.

6. Hunsicker admits that she served CaaStle's CEO and on P180's Board of directors, but denies the remainder of the allegations in Paragraph 6

7. Paragraph 7 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 7, and on that basis denies them. To the extent that the allegations in Paragraph 7 assert any wrongdoing against Hunsicker, such allegations are denied.

8. Paragraph 8 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 8, and on that basis denies them. To the extent that the allegations in Paragraph 8 assert any wrongdoing against Hunsicker, such allegations are denied.

9. Hunsicker admits that she was investigated by the U.S. Attorney's Office for the Southern District of New York. Hunsicker further admits that she was charged, pled guilty, and is awaiting sentencing. Hunsicker denies the remainder of the allegations in Paragraph 9.

10. Paragraph 10 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 10, and on that basis denies

VP/#99438073.2

them. To the extent that the allegations in Paragraph 10 assert any wrongdoing against Hunsicker, such allegations are denied.

11.     Paragraph 11 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 11, and on that basis denies them. To the extent that the allegations in Paragraph 11 assert any wrongdoing against Hunsicker, such allegations are denied.

### JURISDICTION AND VENUE

12.     Paragraph 12 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 12, and on that basis denies them.

13.     Paragraph 13 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 13, and on that basis denies them.

14.     Paragraph 14 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 14, and on that basis denies them. To the extent that the allegations in Paragraph 14 assert any wrongdoing against Hunsicker, such allegations are denied.

15.     Paragraph 15 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information

4

to form a belief concerning the truth of the allegations in Paragraph 15, and on that basis denies them.

16.     Paragraph 16 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 16, and on that basis denies them.

## PARTIES AND RELEVANT NON-PARTIES

17.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 17, and on that basis denies them.

18.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 18, and on that basis denies them.

19.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 19, and on that basis denies them. However, Hunsicker admits that Defendants Singh served as a director of CaaStle and co-founded CaaStle.

20.     Admitted.

21.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 21, and on that basis denies them. However, Hunsicker admits that Defendant Goldenberg served as a director and CEO of CaaStle.

22.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 22, and on that basis denies them. However, Hunsicker admits that Defendant Callon served as a director of CaaStle.

23.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 23, and on that basis denies them. However,

5

Hunsicker admits that Defendant Jain served as an executive of CaaStle and ran CaaStle's Indian subsidiary.

24.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 24, and on that basis denies them.

25.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 25, and on that basis denies them.

26.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 26, and on that basis denies them. However, Hunsicker admits that non-party Hennessy served as a director of CaaStle.

## FACTS COMMON TO ALL COUNTS

### A.    Hunsicker Builds a Team.

27.    Admitted.

28.    Admitted.

29.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 29, and on that basis denies them.

30.    Admitted.

31.    Admitted.

### B.    Hunsicker and Singh Founds Gwynnie Bee.

32.    Admitted.

33.    Admitted.

34.    Admitted.

35.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 35, and on that basis denies them. However,

6

Hunsicker admits that Defendant Jain joined Gwynnie Bee in 2012 and served as Senior Vice President and Corporate Secretary

36.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 36, and on that basis denies them. However, Hunsicker admits that in 2014 Defendant Callon joined the Board of Gwynnie Bee.

37.    Paragraph 37 contains mischaracterization to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 37, and on that basis denies them. To the extent that the allegations in Paragraph 37 assert any wrongdoing against Hunsicker, such allegations are denied. However, Hunsicker admits that she served as the CEO of Gwynnie Bee.

38.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 38, and on that basis denies them.

**C.    As Gwynnie Bee Struggles, Its Leaders Choose to Rebrand—and Commit a Snowballing Fraud.**

39.    Denied.

40.    Denied.

41.    Denied.

42.    Admitted.

43.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 43, and on that basis denies them.

44.    Denied.

45.    Hunsicker admits that John Hennessy served as a director of CaaStle. Hunsicker denies the remainder of the allegations in Paragraph 45.

7

46.     Denied.

47.     Denied.

48.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 48, and on that basis denies them.

**D.     Defendants Presented the Rebrand of CaaStle as Staggeringly Successful, Earning CaaStle the Coveted "Unicorn" Status.**

49.     Denied.

50.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 50, and on that basis denies them.

**E.     Hunsicker Spearheads at Least Six Years of Pervasive Deception.**

51.     Denied.

52.     Denied.

53.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 53, and on that basis denies them.

54.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 54, and on that basis denies them.

55.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 55, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

56.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 56, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

VP/#99438073.2

57. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 57, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

58. Denied.

59. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 59, and on that basis denies them.

**F.    Hunsicker's Co-Conspirators Look the Other Way and Perpetuate Her Lies.**

60. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 60, and on that basis denies them.

61. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 61, and on that basis denies them.

**1.    Singh**

62. Hunsicker admits that Defendants Singh co-founded CaaStle and was considered her friend until 2018. Hunsicker denies the remainder of the allegations in Paragraph 62.

63. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 63, and on that basis denies them. However, Hunsicker admits that Defendant Singh built or supervised the building of CaaStle's software.

64. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 64, and on that basis denies them.

65. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 65, and on that basis denies them.

9

66.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 66, and on that basis denies them.

67.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 67, and on that basis denies them.

68.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 68, and on that basis denies them. However, Hunsicker admits that Defendant Singh had access to information about CaaStle's business.

69.     Denied.

70.     Denied.

71.     Denied.

72.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 72, and on that basis denies them.

### 2.     Goldenberg

73.     Denied.

74.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 74, and on that basis denies them.

75.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 75, and on that basis denies them.

76.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 756, and on that basis denies them.

77.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 77, and on that basis denies them.

78.     Denied.

VP/#99438073.2

79.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 79, and on that basis denies them.

80.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 80, and on that basis denies them.

### 3.     Jain and Corlito

81.     Hunsicker admits that Defendant Jain ran CaaStle's India subsidiary. Hunsicker denies the remainder of the allegations in Paragraph 81.

82.     Hunsicker admits that Defendants Jain was CaaStle's Head of Finance. Hunsicker denies the remainder of the allegations in Paragraph 82.

83.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 83, and on that basis denies them.

84.     Hunsicker admits that Defendant Jain had access to CaaStle's financial information. Hunsicker denies the remainder of the allegations in Paragraph 84.

85.     Admitted.

86.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 86, and on that basis denies them.

87.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 87, and on that basis denies them.

88.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 88, and on that basis denies them.

89.     Hunsicker admits that Defendant Jain communicated with auditors and was involved in providing them with financial data. Hunsicker denies the remainder of the allegations in Paragraph 89.

VP/#99438073.2

90.     Hunsicker admits that Defendant Corlito communicated with auditors and was involved in providing them with financial data. Hunsicker denies the remainder of the allegations in Paragraph 90.

91.     Admitted.

92.     Hunsicker denies that Defendants Jain and Corlito worked hand in hand with her. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 92, and on that basis denies them.

93.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 93, and on that basis denies them.

### 4.      Callon

94.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 94, and on that basis denies them.

95.     Paragraph 95 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 945, and on that basis denies them.

96.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 96, and on that basis denies them.

97.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 97, and on that basis denies them.

98.     Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 98, and on that basis denies them.

VP/#99438073.2

99.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 99, and on that basis denies them.

100.    Denied.

**G.    The Success of the Conspiracy Required Hunsicker and Her Confederates to Work Together.**

101.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 101, and on that basis denies them. To the extent that the allegations in Paragraph 100 assert any wrongdoing against Hunsicker, such allegations are denied.

102.    Denied.

**H.    As Auditors and Investors Start to Smell a Rat, Hunsicker and Her Confederates Engage in Snowballing Efforts to Cover-Up the Fraud.**

103.    Denied.

104.    Denied.

105.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 105, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

106.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 106, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

107.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 107, including any alleged quotation or

VP/#99438073.2

characterization of a document not attached to the Amended Complaint, and on that basis denies them.

108.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 108, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

109.    Denied.

110.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 110, and on that basis denies them.

111.    Denied.

112.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 112, and on that basis denies them.

113.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 113, and on that basis denies them.

114.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 114, and on that basis denies them.

115.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 115, and on that basis denies them.

116.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 116, and on that basis denies them.

VP/#99438073.2

**I.     P180 Is Founded Based on Brendan Hoffman's Revelation About How to Improve Profitability in the Apparel Industry—a Revelation Predicated on CaaStle's Purported Business Structure.**

117.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 117, and on that basis denies them.

118.    Admitted.

119.    Admitted.

120.    Denied.

121.    Admitted.

122.    Admitted.

123.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 123, and on that basis denies them.

124.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 124, and on that basis denies them.

125.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 125, and on that basis denies them. To the extent that the allegations in Paragraph 125 assert any wrongdoing against Hunsicker, such allegations are denied.

126.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 126, and on that basis denies them.

127.    Denied.

128.    Denied.

129.    Denied.

130.    Admitted.

VP/#99438073.2

131.    Denied.

132.    Denied.

133.    Hunsicker admits to the allegations in Paragraph 133 related to P180's business model. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 133, and on that basis denies them. To the extent that the allegations in Paragraph 133 assert any wrongdoing against Hunsicker, such allegations are denied.

134.    Hunsicker admits that in the spring of 2024 P180 entered into a partnership with elysewalker. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 134, and on that basis denies them.

135.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 135, and on that basis denies them. To the extent that the allegations in Paragraph 135 assert any wrongdoing against Hunsicker, such allegations are denied.

136.    Denied.

137.    Hunsicker admits that in the fall of 2024 P180 acquired a minority interest in Altuzarra. Hunsicker denies the remainder of the allegations in Paragraph 137.

138.    Denied.

139.    Denied.

140.    Paragraph 140 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 140, and on that basis denies

16

them. To the extent that the allegations in Paragraph 140 assert any wrongdoing against Hunsicker, such allegations are denied.

141.    Denied.

142.    Admitted.

143.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 143, and on that basis denies them.

144.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 144, and on that basis denies them.

145.    Paragraph 145 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 145, and on that basis denies them. To the extent that the allegations in Paragraph 145 assert any wrongdoing against Hunsicker, such allegations are denied.

146.    Paragraph 146 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 146, and on that basis denies them. To the extent that the allegations in Paragraph 146 assert any wrongdoing against Hunsicker, such allegations are denied.

147.    Denied.

148.    Denied.

149.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 149, and on that basis denies them. To the

17

extent that the allegations in Paragraph 149 assert any wrongdoing against Hunsicker, such allegations are denied.

**J.       The Fraud Threatens to Come to Light, and Defendants Close Ranks.**

150.    Paragraph 150 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 150, and on that basis denies them.

151.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 151, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

152.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 152, and on that basis denies them.

153.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 153, and on that basis denies them.

154.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 154, and on that basis denies them.

155.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 155, and on that basis denies them.

156.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 156, and on that basis denies them.

157.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 157, and on that basis denies them. To the

VP/#99438073.2

extent that the allegations in Paragraph 157 assert any wrongdoing against Hunsicker, such allegations are denied.

158.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 158, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

159.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 159, and on that basis denies them.

160.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 160, and on that basis denies them.

161.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 161, and on that basis denies them.

162.    Paragraph 162 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 162, and on that basis denies them.

**K.    Key Conspirators Cash Out.**

163.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 163, and on that basis denies them.

164.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 164, and on that basis denies them.

165.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 165, and on that basis denies them.

19

166. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 166, and on that basis denies them.

167. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 167, and on that basis denies them. To the extent that the allegations in Paragraph 167 assert any wrongdoing against Hunsicker, such allegations are denied.

168. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 168, and on that basis denies them.

169. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 169, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

170. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 170, and on that basis denies them.

171. Denied.

172. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 172, and on that basis denies them.

173. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 173, and on that basis denies them.

174. Admitted.

175. Denied.

176. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 176, and on that basis denies them.

VP/#99438073.2

177.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 177, and on that basis denies them.

178.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 178, and on that basis denies them.

179.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 179, and on that basis denies them.

180.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 180, and on that basis denies them.

181.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 181, and on that basis denies them.

182.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 182, including any alleged quotation or characterization of a document not attached to the Amended Complaint, and on that basis denies them.

183.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 183, and on that basis denies them.

184.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 184, and on that basis denies them.

185.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 185, and on that basis denies them.

L.    **The Dam Breaks—Yet Hunsicker's Confederates Continue to Cover-Up.**

186.    Admitted.

21

VP/#99438073.2

187.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 187, and on that basis denies them.

188.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 188, and on that basis denies them.

189.   Denied.

190.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 190, and on that basis denies them.

191.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 191, and on that basis denies them.

192.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 192, and on that basis denies them.

193.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 193, and on that basis denies them.

194.   Admitted.

195.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 195, and on that basis denies them.

196.   Admitted.

197.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 197, and on that basis denies them.

198.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 198, and on that basis denies them.

199.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 199, and on that basis denies them.

VP/#99438073.2

200.    Denied.

201.    Denied.

202.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 202, and on that basis denies them.

203.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 203, and on that basis denies them.

204.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 204, and on that basis denies them.

205.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 205, and on that basis denies them.

206.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 206, and on that basis denies them.

207.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 207, and on that basis denies them.

208.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 208, and on that basis denies them.

209.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 209, and on that basis denies them.

210.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 210, and on that basis denies them.

211.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 211, and on that basis denies them.

VP/#99438073.2

212.    Hunsicker admits that she informed Defendant Goldenberg of the fraud on or around January 6, 2025. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 212, and on that basis denies them.

213.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 213, and on that basis denies them.

214.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 214, and on that basis denies them.

215.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 215, and on that basis denies them.

216.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 216, and on that basis denies them.

217.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 217, and on that basis denies them.

218.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 218, and on that basis denies them.

**M.    Callon and Singh Allow Husicker and Goldenberg to Continue to Operate Just as They Did Before.**

219.    Denied.

220.    Hunsicker admits that she kept her office at CaaStle and, upon information and belief, that the Board did not communicate about her "reduced role" to the organization, or to investors, or to retail partners. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 220, and on that basis denies them.

VP/#99438073.2

221.    Hunsicker denies that she continued to act on behalf of CaaStle. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 221, and on that basis denies them.

**N.    As CaaStle Collapses, Defendants Suppress New of the Fraud for Months and Shift Focus to P180.**

222.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 222, and on that basis denies them.

223.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 223, and on that basis denies them.

224.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 224, and on that basis denies them.

225.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 225, and on that basis denies them. To the extent that the allegations in Paragraph 225 assert any wrongdoing against Hunsicker, such allegations are denied.

226.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 226, and on that basis denies them.

227.    Paragraph 227 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 227, and on that basis denies them. To the extent that the allegations in Paragraph 227 assert any wrongdoing against Hunsicker, such allegations are denied.

228.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 228, and on that basis denies them.

VP/#99438073.2

229. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 229, and on that basis denies them. To the extent that the allegations in Paragraph 229 assert any wrongdoing against Hunsicker, such allegations are denied.

230. Hunsicker denies remaining involved as CEO of CaaStle. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 230, and on that basis denies them. To the extent that the allegations in Paragraph 230 assert any wrongdoing against Hunsicker, such allegations are denied.

231. Denied.

232. Denied.

233. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 233, and on that basis denies them.

234. Denied.

235. Denied.

236. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 236, and on that basis denies them.

237. Admitted.

238. Paragraph 238 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 238, and on that basis denies them. To the extent that the allegations in Paragraph 238 assert any wrongdoing against Hunsicker, such allegations are denied.

239.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 239, and on that basis denies them.

240.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 240, and on that basis denies them. To the extent that the allegations in Paragraph 240 assert any wrongdoing against Hunsicker, such allegations are denied.

241.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 241, and on that basis denies them. To the extent that the allegations in Paragraph 241 assert any wrongdoing against Hunsicker, such allegations are denied.

    **O.**    **Defendants Lie to Hoffman and P180 and Try to Bury CaaStle's Fraud Through a Merger with P180.**

242.    To the extent that the allegations in Paragraph 242 assert any wrongdoing against Hunsicker, such allegations are denied.

243.    To the extent that the allegations in Paragraph 243 assert any wrongdoing against Hunsicker, such allegations are denied.

244.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 244, and on that basis denies them. To the extent that the allegations in Paragraph 244 assert any wrongdoing against Hunsicker, such allegations are denied.

245.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 245, and on that basis denies them. To the extent that the allegations in Paragraph 245 assert any wrongdoing against Hunsicker, such allegations are denied.

VP/#99438073.2

246.    Denied.

247.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 247, and on that basis denies them.

248.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 248, and on that basis denies them.

249.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 249, and on that basis denies them.

**P.    Defendants Make Unauthorized Transfers of Millions of Dollars from P180's Bank Accounts.**

250.    Hunsicker denies transferring money from P180's bank account at Chase Bank to her personal account. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 250, and on that basis denies them.

251.    Denied.

252.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 252, and on that basis denies them. To the extent that the allegations in Paragraph 252 assert any wrongdoing against Hunsicker, such allegations are denied.

253.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 253, and on that basis denies them. To the extent that the allegations in Paragraph 253 assert any wrongdoing against Hunsicker, such allegations are denied.

254.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 254, and on that basis denies them. To the

28

extent that the allegations in Paragraph 254 assert any wrongdoing against Hunsicker, such allegations are denied.

**Q.    Duped by Defendants' Lies and Nondisclosures, P180 Spends Millions of Dollars in Reliance on Defendants' Fraud.**

255.    Admitted.

256.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 256, and on that basis denies them.

257.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 257, and on that basis denies them.

258.    Denied.

**R.    Defendants Launder Their Ill-Gotten Gains Through Thuer "Loan-To-Own" Fraud.**

259.    Hunsicker denies being in control of CaaStle and P180. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 259, and on that basis denies them. To the extent that the allegations in Paragraph 259 assert any wrongdoing against Hunsicker, such allegations are denied.

260.    Denied.

261.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 261, and on that basis denies them. To the extent that the allegations in Paragraph 261 assert any wrongdoing against Hunsicker, such allegations are denied.

262.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 262, and on that basis denies them.

VP/#99438073.2

263. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 263, and on that basis denies them. To the extent that the allegations in Paragraph 263 assert any wrongdoing against Hunsicker, such allegations are denied.

264. Denied.

265. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 265, and on that basis denies them. To the extent that the allegations in Paragraph 265 assert any wrongdoing against Hunsicker, such allegations are denied.

266. Hunsicker denies transferring money from P180's bank account to her personal account. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 266, and on that basis denies them.

267. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 267, and on that basis denies them.

268. Hunsicker admits only that Defendant Callon loaned her funds in 2023, which she then loaned to CaaStle. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 268, and on that basis denies them.

269. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 269, and on that basis denies them. To the extent that the allegations in Paragraph 269 assert any wrongdoing against Hunsicker, such allegations are denied.

**S.      P180 Learns the Truth and Is Left to Clean Up the Wreckage from Defendants' Fraud and Cover-Up.**

VP/#99438073.2

270.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 270, and on that basis denies them. To the extent that the allegations in Paragraph 270 assert any wrongdoing against Hunsicker, such allegations are denied.

271.    Admitted.

272.    Denied.

273.    Denied.

274.    Hunsicker admits that she resigned from the Board of P180. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 274, and on that basis denies them.

275.    Hunsicker admits that P180 sued CaaStle in New York Supreme Court and admits that it is suing Defendants in this suit. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 275, and on that basis denies them.

**T.      The Fraud Becomes Public.**

276.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 276, and on that basis denies them. To the extent that the allegations in Paragraph 276 assert any wrongdoing against Hunsicker, such allegations are denied.

277.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 277, and on that basis denies them. To the extent that the allegations in Paragraph 277 assert any wrongdoing against Hunsicker, such allegations are denied.

VP/#99438073.2

**U. Defendants Continue to Attempt to Force P180 to Merge with CaaStle, but P180 Successfully Resists.**

278.    Hunsicker denies coercing a merger between P180 and CaaStle. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the remaining allegations in Paragraph 278, and on that basis denies them. To the extent that the allegations in Paragraph 278 assert any wrongdoing against Hunsicker, such allegations are denied.

279.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 279, and on that basis denies them.

280.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 280, and on that basis denies them. To the extent that the allegations in Paragraph 280 assert any wrongdoing against Hunsicker, such allegations are denied.

281.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 281, and on that basis denies them.

282.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 282, and on that basis denies them. To the extent that the allegations in Paragraph 282 assert any wrongdoing against Hunsicker, such allegations are denied.

**V.    Having Failed to Seize Control of P180, CaaStle Ultimately Collapsed and Files Bankruptcy.**

283.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 283, and on that basis denies them. To the

extent that the allegations in Paragraph 283 assert any wrongdoing against Hunsicker, such allegations are denied.

284.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 284, and on that basis denies them. To the extent that the allegations in Paragraph 284 assert any wrongdoing against Hunsicker, such allegations are denied.

285.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 285, and on that basis denies them.

286.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 286, and on that basis denies them.

287.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 287, and on that basis denies them.

288.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 288, and on that basis denies them. To the extent that the allegations in Paragraph 288 assert any wrongdoing against Hunsicker, such allegations are denied.

289.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 289, and on that basis denies them. To the extent that the allegations in Paragraph 289 assert any wrongdoing against Hunsicker, such allegations are denied.

290.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 290, and on that basis denies them. To the

33

extent that the allegations in Paragraph 290 assert any wrongdoing against Hunsicker, such allegations are denied.

291.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 291, and on that basis denies them.

292.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 292, and on that basis denies them.

293.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 293, and on that basis denies them.

294.    Hunsicker admits that CaaStle filed for Chapter 7 bankruptcy on June 20, 2025. Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 294, and on that basis denies them.

**W.    Hunsicker is Indicted and Pleads Guilty to a $300 Million Fraud.**

295.    Admitted.

296.    Admitted.

297.    Admitted.

298.    Admitted.

**COUNT I**
**VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT**
**ORGANIZATIONS ACT (RICO) 18 USC § 1962(C)**
**(AS TO ALL DEFENDANTS**

299.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

300.    Denied.

301.    To the extent that the allegations in Paragraph 301 assert any wrongdoing against Hunsicker, such allegations are denied.

34

302.    Hunsicker admits that it has been involved in multiple ventures and associated with Defendants Singh, Goldenberg, Jain, Corlito, and Callon. Hunsicker denied the remainder of the allegations in Paragraph 302.

303.    Denied.

304.    Denied.

305.    Denied.

### Wire Fraud

306.    Paragraph 306 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 306.

307.    Denied.

308.    Denied.

309.    Denied.

310.    Denied.

311.    Denied.

312.    Denied.

313.    Denied.

314.    Denied.

315.    Denied.

### Bank Fraud and/or Money Laundering

316.    Paragraph 316 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 316.

317.    Denied.

318.    Denied.

VP/#99438073.2

319.   Hunsicker admits that she was indicted and that CaaStle filed for bankruptcy. Hunsicker denied the remainder of the allegations in Paragraph 319.

320.   Denied.

321.   Paragraph 321 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 321.

## COUNT II
## CONSPIRACY TO VIOLATE THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) 18 USC § 11962(D)
## (AS TO ALL DEFENDANTS

322.   Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

323.   Denied.

324.   Paragraph 324 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 324.

325.   Denied.

326.   Paragraph 326 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 326.

## COUNT III
## CONVERSION
## (AS TO HUNSICKER, GOLDENBERG, JAIN, SINGH, CORLITO, AND DOES 1-50)

327.   Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

328.   Denied.

329.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 329, and on that basis denies them.

36

VP/#99438073.2

330.    Paragraph 330 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 330.

331.    Denied.

332.    Denied.

333.    Denied.

334.    Denied.

335.    Paragraph 335 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 335.

## COUNT IV
## UNJUST ENRICHMENT
## (AS TO HUNSICKER AND DOES 1-50)

336.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

337.    Denied.

338.    Denied.

339.    Denied.

340.    Paragraph 340 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 340.

## COUNT V
## BREACH OF FIDUCIARY DUTY
## (AS TO HUNSICKER, GOLDENBERG, AND JAIN)

341.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

342.    Admitted.

343.    Admitted.

VP/#99438073.2

344.    Denied.

345.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 345, and on that basis denies them.

346.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 346, and on that basis denies them. To the extent that the allegations in Paragraph 346 assert any wrongdoing against Hunsicker, such allegations are denied.

347.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 347, and on that basis denies them.

348.    Denied.

349.    Denied.

350.    Denied.

**COUNT VI**
**FRAUD:**
**FRAUDULENT INDUCEMENT, FRAUDULENT CONCEALMENT,**
**AND CONSTRUCTIVE FRAUD**
**(AS TO HUNSICKER, GOLDENBERG, SINGH, JAIN, AND DOES 1-50)**

351.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

352.    Denied.

353.    Denied.

354.    Denied.

355.    Denied.

356.    Denied.

357.    Denied.

358.   Denied.

359.   Denied.

360.   Paragraph 360 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 360.

## COUNT VII
## AIDING AND ABETTING FRAUD AND/OR CO-CONSPIRATOR LIABILITY
## (AS TO ALL DEFENDANTS)

361.   Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

362.   Denied.

363.   Denied.

364.   Denied.

365.   Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 365, and on that basis denies them.

366.   Denied.

367.   Paragraph 367 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 367.

## COUNT VIII
## AIDING AND ABETTING BREACH OF FIDUCIARY DUTY
## (AS TO ALL DEFENDANTS)

368.   Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

369.   Denied.

370.   Denied.

371.   Denied.

372.    Paragraph 372 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 372.

## COUNT IX
## NEGLIGENT MISREPRESENTATION
## (AS TO HUNSICKER, GOLDENBERG, SINGH, AND DOES 1-50)

373.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

374.    Denied.

375.    Admitted.

376.    Denied.

377.    Denied.

378.    Denied.

379.    Denied.

380.    Hunsicker is without sufficient knowledge or information to form a belief concerning the truth of the allegations in Paragraph 380, and on that basis denies them.

381.    Denied.

382.    Paragraph 382 contains legal conclusions to which no answer is required. To the extent an answer is deemed necessary, Hunsicker denies the allegations in Paragraph 382.

## COUNT X
## DECLARATORY RELIEF:
## EQUITABLE RECHARACTERIZATION, SUBORDINATION, ESTOPPEL,
## OR SET-OFF OR OFFSET
## (AS TO HUNSICKER)

383.    Hunsicker repeats and incorporates her answers to Paragraphs 1-298 above as if sully set forth herein.

384.    Denied.

40

VP/#99438073.2

385. Denied.

386. Denied.

387. Denied.

388. Denied.

389. Denied.

390. Denied.

391. Denied.

392. Denied.

393. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Hunsicker respectfully requests that the Court enter judgment against Plaintiff on all claims, enter judgment in Hunsicker's favor, award Plaintiff nothing, and award Hunsicker her costs, interest, and such other further relief as the Court deems fair, just, and proper.

## HUNSICKER'S AFFIRMATIVE DEFENSES

Without waiving Plaintiff's obligations to prove each and every element of its claims, and while expressly reserving the right to supplement, amend, or delete any or all of the following defenses, as warranted by discovery or other investigation, or as justice may require, Hunsicker, without assuming any additional legal burden, hereby sets forth the following affirmative defenses and reserves the right to amend its defenses.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to state a cause of action for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

While denying all of the allegations of the Complaint regarding liability and damages allegedly sustained by Plaintiff, to the extent that Plaintiff may be able to prove any such damages,

41

same were solely and proximately cause by third parties over whom Hunsicker had no control or right of control and for whose actions Hunsicker is not liable.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff has sustained any damages as alleged in the Amended Complaint, such damages were aggravated, exacerbated, and/or exaggerated by Plaintiff's failure to use reasonable diligence in mitigation.

### FOURTH AFFIRMATIVE DEFENSE

The actions taken by Hunsicker were made in good faith and without malice.

### FIFTH AFFIRMATIVE DEFENSE

All or part of Plaintiff's claims are barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Without assuming the burden of proof, any and all reliance by Plaintiff was unreasonable as a matter of law.

### SEVENTH AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a cause of action as it fails to properly allege all requisite elements of a RICO violation under 18 U.S.C. § 1962(c).

### EIGHTH AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a cause of action as it fails to properly allege all requisite elements of a RICO violation under 18 U.S.C. § 1962(d).

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has not suffered a direct injury to business of property proximately causes by the alleged acts, and therefore, lacks standing as to the RICO claims.

VP/#99438073.2

## TENTH AFFIRMATIVE DEFENSE

Plaintiff failed to plead fraud with the requisite particularity pursuant to Federal Rule of Civil Procedure 9(b), including but not limited to racketeering, bank fraud, and wire fraud.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred pursuant to the intercorporate conspiracy doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are subject to a setoff.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's loss, injury, or damages, to the extent any exist, were directly and proximately caused, in part or in whole, by the acts, omission, or conduct of Plaintiffs.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's loss, injury, or damages, to the extent any exist, were directly and proximately caused, in part or in whole, by the acts, omission, or conduct of a party or parties other than Ms. Hunsicker.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unjust enrichment.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

VP/#99438073.2

Dated: New York, New York
       June 12, 2026

Respectfully submitted,

VEDDER PRICE P.C.


By:  s/ Joshua Dunn
    Joshua Dunn, Bar No. 5518477
    1633 Broadway, 31st Floor
    New York, New York 10019
    T:  +1 212 407 7700
    F:  +1 212 407 7799
    jdunn@vedder.com

*Attorney for Defendant Christine Hunsicker*

44