USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____7/6/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P180, INC.

           Plaintiff,

    v.

JASWINDER PAL SINGH, CHRISTINE
HUNSICKER, GEORGE GOLDBERG, SCOTT
CALLON, CHIRAG JAIN, DAYNA CORLITO,
AND DOES 1-10

           Defendants.

Civ. No. 25-cv-4432

**STIPULATION AND ORDER CONCERNING DEFENDANT DAYNA CORLITO'S MOTION TO DISMISS**

**WHEREAS**, by Order dated June 22, 2026 [ECF No. 120], the Court denied the request of Defendant Dayna Corlito ("Corlito") for a pre-motion conference concerning her anticipated motion to dismiss and ordered counsel for Corlito and Plaintiff P180, Inc. ("P180") to meet and confer regarding a proposed briefing schedule;

**WHEREAS,** counsel for Corlito and P180 have met and conferred and agreed to a proposed briefing schedule with respect to Corlito's anticipated motion to dismiss;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Corlito and P180, upon consideration by the Court it shall be ordered as follows:

1. Corlito shall file her motion to dismiss or otherwise response to the Amended Complaint by no later than August 7, 2026;

2. P180 shall file any opposition to Corlito's motion to dismiss by August 28, 2026;

3. Corilto shall file any reply papers in further support of her motion to dismiss by September 11, 2026.

52157265v.1

4.    This Stipulation may be signed in counterparts, and electronic signatures on this

Stipulation shall be deemed original signatures.

5.    The deadlines set forth in this Stipulation may not be amended without further order

from the Court.

Dated: New York, New York
       July 6, 2026

| STEPTOE LLP | WHITE AND WILLIAMS LLP |
|---|---|
| /s/  Conor Tucker<br>By:<br><br>Joseph Myer Sanderson<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 378-7615<br>josanderson@steptoe.com<br><br>Thomas Watson (pro hac vice)<br>Conor Tucker (pro hac vice)<br>Kaitlyn Sever (pro hac vice)<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071<br>(213)<br>Twatson@steptoe.com<br>ctucker@steptoe.com<br>ksever@steptoe.com<br><br>*Attorneys for Plaintiff P180, Inc.* | /s/ Thomas E. Butler<br><br>Thomas E. Butler<br>Stuart J. Wells<br>810 Seventh Avenue, Suite 500<br>New York, New York 10019<br>(212) 714-3070<br>butlert@whiteandwilliams.com<br>wellss@whiteandwilliams.com<br><br>*Attorneys for Defendant Dayna Corlito* |

**SO ORDERED.**

Dated: July 6, 2026
       New York, New York

Victor Marrero
U.S.D.J.

-2-