USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P180, INC.

Plaintiff,

v.

JASWINDER PAL SINGH, CHRISTINE HUNSICKER, GEORGE GOLDBERG, SCOTT CALLON, CHIRAG JAIN, DAYNA CORLITO, AND DOES 1-10

Defendants.

Civ. No. 25-cv-4432

**STIPULATION AND ORDER CONCERNING ONE-WEEK EXTENSION OF DEDADLINES**

**WHEREAS**, by Order dated July 6, 2026 [ECF No. 125], the Court executed a Stipulation and Order setting forth various deadlines for the briefing concerning Defendant Dayna Corlito's ("Corlito") anticipated motion to dismiss the Amended Complaint filed by Plaintiff P180, Inc. ("P180");

**WHEREAS,** counsel for Corlito has requested, and P180 has consented to, a brief one-week extension of such deadlines in order to attend to unexpected conflicts that have arisen in other matters;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Corlito and P180, upon consideration by the Court it shall be ordered as follows:

1. The date by which Corlito shall file her motion to dismiss or otherwise respond to the Amended Complaint shall be extended from August 7, 2026 to August 14, 2028;
2. P180 shall file any opposition to Corlito's motion to dismiss by September 4, 2026;
3. Corilto shall file any reply papers in further support of her motion to dismiss by September 18, 2026.

4. This Stipulation may be signed in counterparts, and electronic signatures on this Stipulation shall be deemed original signatures.

5. The deadlines set forth in this Stipulation may not be amended without further order from the Court.

Dated: New York, New York
August 5, 2026

| | |
|---|---|
| STEPTOE LLP<br><br>*/s/ Conor Tucker*<br>By:<br><br>Joseph Myer Sanderson<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 378-7615<br>josanderson@steptoe.com<br><br>Thomas Watson (pro hac vice)<br>Conor Tucker (pro hac vice)<br>Kaitlyn Sever (pro hac vice)<br>633 West Fifth Street<br>Suite 1900<br>Los Angeles, CA 90071<br>(213)<br>Twatson@steptoe.com<br>ctucker@steptoe.com<br>ksever@steptoe.com<br><br>*Attorneys for Plaintiff P180, Inc.* | WHITE AND WILLIAMS LLP<br><br>*/s/ Thomas E. Butler*<br><br>Thomas E. Butler<br>Stuart J. Wells<br>810 Seventh Avenue, Suite 500<br>New York, New York 10019<br>(212) 714-3070<br>butlert@whiteandwilliams.com<br>wellss@whiteandwilliams.com<br><br>*Attorneys for Defendant Dayna Corlito* |

**SO ORDERED.**

Dated: New York, New York
August 5, 2026

Victor Marrero
U.S.D.J.