**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

P180, INC.,

Plaintiff,

-against-

JASWINDER PAL SINGH, CHRISTINE HUNSICKER, GEORGE GOLDENBERG, SCOTT CALLON, CHIRAG JAIN, DAYNA CORLITO, AND DOES 1-50,

Defendants.

-------------------------------------------------------

CIV NO. 25-CV-04432-VM-SDA

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law Defendant DAYNA CORLITO, by and through its attorneys, White and Williams LLP, will move this Court located at 500 Pearl Street, New York, NY 10007, for an Order dismissing Amended Complaint (Dkt. No. 89) in its entirety and with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons discussed in Defendant's Memorandum of Law, the Court should dismiss this matter in its entirety as Plaintiff has failed to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the Defendant respectfully requests oral argument with respect to this motion.

Dated: August 14, 2026
New York, New York

**WHITE AND WILLIAMS LLP**

*/s/ Thomas E. Butler*

Thomas E. Butler
Stuart J. Wells
810 Seventh Avenue, Suite 500
New York, New York 10019
(212) 714-3070
butlert@whiteandwilliams.com
wellss@whiteandwilliams.com

*Attorneys for Defendant Dayna Corlito*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. By registering with the Court's CM/ECF system, each has consented to electronic service via this method.

DATED: This 14th day of August 2026

*/s/ Stuart J. Wells*

Stuart J. Wells
WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, New York 10019
(212) 714-3070
wellss@whiteandwilliams.com

*Attorneys for Defendant Dayna Corlito*