UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P180, INC.,

Plaintiff,

-against-

JASWINDER PAL SINGH, CHRISTINE HUNISICKER, GEORGE GOLDENBERG, SCOTT CALLON, CHIRAG JAIN AND DOES 1-50,

Defendants.

Case No. 25-cv-4432-VM-SDA

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin R. Puvalowski of the law firm Petrillo Klein + Boxer LLP hereby enters an appearance as counsel of record for Defendants Jaswinder Pal Singh and George Goldenberg.

Dated: New York, New York
September 22, 2026

PETRILLO KLEIN + BOXER LLP

By: */s/ Kevin R. Puvalowski*

Kevin R. Puvalowski
655 Third Avenue, 12th Floor
New York, NY 10017
Tel: 212-370-0332
kpuvalowski@pkbllp.com

*Attorney for Jaswinder Pal Singh and George Goldenberg*