# EXHIBIT 2

PRIVILEGED AND CONFIDENTIAL

P180 Ex.
M
In re: CaaStle No. 25-1187 / Miller v. Hunsicker et al. Adv. Pro. No. 26-50225 (Bankr. D. Del.)

**MINUTES OF A MEETING
OF THE
BOARD OF DIRECTORS OF
CAASTLE INC.**

**January 3, 2025**

A meeting of the Board of Directors (the "Board") of CaaStle Inc. (the "Company") was held via teleconference on January 3, 2025, commencing at approximately 8:00 a.m., Eastern Time. The following directors participated in the meeting, being all members of the Board, constituting a quorum: Jaswinder Singh (Chairman of the Board) and Scott Callon.

Also present at the invitation of the Board were: Benjamin Gruenstein, Nicholas Dorsey and Ellie Steele of Cravath, Swaine & Moore LLP, counsel to the Board.

Ms. Steele acted as secretary of the meeting.

The stated purpose of the meeting was [redacted] for Mr. Singh to provide a business update.

**Approval of Minutes**

As the first order of business, the Board approved the draft minutes of the meeting of the Board held on December 20, 2024, which had been provided to the Board in advance of the meeting.

[redacted]

[redacted]

[redacted]

**Business Update**

Mr. Singh provided a business update. Mr. Singh indicated that he had had a number of discussions with Ms. Hunsicker and Chirag Jain, Managing Director, regarding the state of the underlying business, the pressing issue of limited cash reserves and the Company's different areas of focus, including the traditional parts of the business and the more recent line of business with P180. Based on those discussions, Mr. Singh noted that the traditional parts of the business were less likely to be profitable, were struggling to scale and were unlikely to prosper, and Mr. Singh expressed the view that the line of business with P180 should be the sole area of focus going forward. This streamlining would also help manage the issues relating to limited capital.

Mr. Singh referred to the P180 opportunities with Vince and Authentic Brands and the promising results shown following P180's investment in Elyse Walker. Mr. Singh reported that Ms. Hunsicker and Mr. Jain had been developing plans for a restructuring of the business to focus solely on the P180 business. The Board was in agreement as to this proposed streamlining and restructuring of the business. After discussion, the Board agreed that Ms. Hunsicker and Mr. Jain should finalize a restructuring proposal and present it to the Board. This should be progressed as quickly as possible and delivered in short order. The Board agreed that its overall aim was to put the Company in the best position to preserve and generate as much value for its shareholders as possible.

The Board next discussed the succession plan for Ms. Hunsicker. The Board agreed that Ms. Hunsicker should not remain as CEO of the Company in the long-term and that planning for a successor should start now. The Board discussed the need for Ms. Hunsicker to remain involved in some capacity in the short-term, subject to the restrictive guardrails the Board had put in place in its December 18, 2024 resolutions. After discussion, the Board determined that there was no feasible way of pursuing the P180 opportunities without Ms. Hunsicker as CEO of the Company and those opportunities were necessary to potentially stabilize the Company and protect shareholder value. [redacted]

The Board directed Mr. Singh to liaise with Company management to progress and finalize a restructuring and succession plan for presentation to the Board.

[redacted]

There being no further business to come before the meeting, the meeting was adjourned at approximately 9 a.m.

Respectfully submitted,

*/s/ Ellie Steele*

Ellie Steele, Secretary of the Meeting