# EXHIBIT 6

P180 Ex.

In re: CaaStle No. 25-1187 / Miller v. Hunsicker et al. Adv. Pro. No. 26-50225 (Bankr. D. Del.)

October 3rd, 2023

**Christine Hunsicker** 9:12 PM
Whatever you think is best language. Should we involve felice / legal?

May we just say take out the part about them not being allowed to talk to investors

The rest is in our paperwork

**Chirag Jain** 9:13 PM
Do you think you could speak with Lori?

9:14 You've known her a long while

Add reaction...

NEW

**Christine Hunsicker** 9:14 PM
Not Lori. Then it will need to be disclosed in funding docs

**Chirag Jain** 9:14 PM
Ah

**Christine Hunsicker** 9:14 PM
What does the contract w BDO say about this?

I mean, if they were flooded with 10,000 requests from random investors, they would ignore